# EXHIBIT A

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

DANA HOOVER, )
　) 
　Plaintiff, )
v. )
　)
LOWE'S COMPANIES, INC., )
d/b/a Lowe's Home Centers, LLC, )
　)
　Defendant. )
_____ )

Case No. 4FA-19-01883 CI

FILED in the Trial Courts
State of Alaska Fourth District

APR 30 2019

By_____Deputy

## COMPLAINT

Plaintiff Dana Hoover, by and through her undersigned counsel and for her complaint against the defendant, Lowe's Companies, Inc., d/b/a Lowe's Home Centers, LLC, (hereinafter referred to as Lowe's) hereby alleges as follows:

1. At all times relevant plaintiff Dana Hoover was a resident of the State of Alaska, Fourth Judicial District, at Fairbanks, Alaska.

2. At all times relevant defendant Lowe's, was an entity doing business in the State of Alaska, Fourth Judicial District, at Fairbanks, Alaska.

3. At all times relevant plaintiff Ms. Hoover was a patron of defendant Lowe's store located at 425 Merhar Ave, Fairbanks, Alaska.

4. The defendant Lowe's had a duty to maintain its premises in a reasonable safe condition.

5. On or about April 30, 2017, the main entrance to defendant Lowe's store was not maintained in a reasonable safe condition. There was liquid that accumulated near the entrance door, next to defendant's customer service desk, with no adequate warning of its presence.

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

Hoover, Complaint

6.  On or about April 30, 2017, while the plaintiff Hoover was a customer at Lowe's Fairbanks store, she was going from the west side of the store to the east utilizing the aisle nearest the store's front entrance. As she proceeded by the customer service desk she slipped, landing on the floor fracturing her left ankle.

7.  As a direct and proximate consequence of defendant Lowe's failure to maintain their store in a safe condition, it was foreseeable that plaintiff Ms. Hoover would slip, fall, and be injured.

8.  As a proximate consequence of her fall at defendant Lowe's premises, as described herein, plaintiff Hoover sustained physical injuries resulting in compensatory losses including, but not limited to, past and future medical expenses, past and future loss of earnings, loss of earning capacity, pain and suffering, and loss of enjoyment of life.

WHEREFORE, plaintiff Dana Hoover requests the following relief in an amount not less than the jurisdictional level of the superior court for:

A.  Past and future medical expenses;

B.  Past and future loss of income and ability to earn money;

C.  Past and future pain, suffering, and inconvenience;

D.  Past and future loss of enjoyment of life;

E.  Attorney's fees, costs, and prejudgment interest from the date of the accident, as well as such other relief as the court may deem just and proper under the circumstances.

STEPOVICH
LAW OFFICE
543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

DATED at Fairbanks, Alaska this 29th day of April, 2019.

STEPOVICH LAW OFFICE

*[signature]*
SANDRA K. ROLFE
ABA# 1305009

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

DANA HOOVER, )
)
        Plaintiff, )
)
v. )
)
LOWE'S COMPANIES, INC., )
d/b/a Lowe's Home Centers, LLC, )
)
        Defendant. )
_____ )

Case No. 4FA-19-01883 CI

FILED in the Superior
State of Alaska Fourth District

APR 30 2019

By_____Deputy

### REQUEST FOR JURY TRIAL

Defendant Dana Hoover, by and through her undersigned attorney and pursuant to Alaska Rule of Civil Procedure 38(b), hereby requests and demands a trial by jury on all issues triable of right by a jury in the above-captioned matter.

DATED at Fairbanks, Alaska, this 29th day of April, 2019.

STEPOVICH LAW OFFICE

*[signature]*
SANDRA K. ROLFE
ABA #1305009

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

*Hoover, Request for Jury Trial*

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

DANA HOOVER, )
 )
              Plaintiff, )
 )
v. )
 )
LOWE'S COMPANIES, INC., )
d/b/a Lowe's Home Centers, LLC, )
 )
              Defendant. )
_____)

FILED in the Trial Courts
State of Alaska Fourth District

APR 30 2019

By_____Deputy

Case No. 4FA-19-01983 CI

## ENTRY OF APPEARANCE

STEPOVICH LAW OFFICE hereby enters its appearance on behalf of the Plaintiff Dana Hoover, and requests that all discovery, pleadings, correspondence, and motions be served upon it at 543 Second Avenue, Suite A, Fairbanks, Alaska, 99701.

DATED at Fairbanks, Alaska this 29th day of April, 2019.

STEPOVICH LAW OFFICE

SANDRA K. ROLFE
ABA# 1305009

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| DANA HOOVER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| LOWE'S COMPANIES, INC., d/b/a Lowe's Home Centers, LLC, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 4FA-19-01332 CI

To Defendant: Lowe's Companies Inc., d/b/a Lowe's Home Centers, LLC

Agent: Corporation Service Company

You are hereby summoned and required to file with the court an answer to the complaint which accompanies this summons. Your answer must be filed with the court whose address is 101 Lacey Street, Fairbanks, Alaska 99701, within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Stepovich Law Office, at 543 Second Avenue, Suite A, Fairbanks, Alaska 99701.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

A judicial assignment had been made in this case. Consult Alaska Rule of Civil Procedure 42 for time limits and for other information about seeking a change of judge.

**NOTICE OF JUDICIAL ASSIGNMENT**

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge MacDonald.

[SEAL]

Date: 4/25/2019

CLERK OF THE COURT

By: _____
Deputy Clerk

STEPOVICH
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 452-6600
Fax: (907) 452-5205

* The state or a state officer or agency named as defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05) (st.3)                                                  Civil Rules 4,5,12, 42(c), 55
SUMMONS

**CASE DESCRIPTION – SUPERIOR COURT**  Case Number: 4FA-19-1883 CI

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Domestic Relations** | | |
| Divorce With Children (or Pregnant) | Div or Cust w/Children | CISDVC |
| Divorce Without Children | Divorce Without Children | CISDIV |
| Uncontested Divorce With Children (or Pregnant) | Div or Cust w/Children | CISUDVC |
| Uncontested Divorce Without Children | Divorce Without Children | CISUDIV |
| Custody (Unmarried Parents) | Div or Cust w/Children | CISCUS |
| Uncontested Custody (Unmarried Parents) | Div or Cust w/Children | CISUCUS |
| Visitation by Person Other than Parent | Domestic Relations Other | CIVIS |
| Property Division – Unmarried Partners | Domestic Relations Other | CISPROP |
| Legal Separation With Children (or Pregnant) | Legal Separation | CICLS |
| Legal Separation Without Children | Legal Separation | CISLS |
| Annulment | Domestic Relations Other | CIANNUL |
| Uncontested Legal Separation with Children (or Pregnant) | Legal Separation | CIUCLS |
| Uncontested Legal Separation Without Children | Legal Separation | CIUSLS |
| Paternity - Establishment | Domestic Relations Other | CISPAT |
| Paternity - Disestablishment | Domestic Relations Other | CIDPAT |
| Genetic Testing - Failure to Comply with Order for Testing | Domestic Relations Other | CIOSCP |
| Administrative Child Support Order – Modification or Enforcement | Domestic Relations Other | CIPCS |
| PFD or Native Dividend Case | Domestic Relations Other | CIPND |
| Foreign Support Order - Registration, Modification or Enforcement under AS 25.25 | Domestic Relations Other | CIUIFSA |
| Foreign Custody Order – Registration, Modification or Enforcement under AS 25.30 | Domestic Relations Other | DR483 |
| Both Foreign Custody & Support Order – Registration, Modification or Enforcement under AS 25.30 and AS 25.25 | Domestic Relations Other | CIFCS |
| Foreign Domestic Relations Order (Not Custody or Support) – Registration, Modification or Enforcement | Domestic Relations Other | CIDRFJ |
| **Landlord/Tenant** | | |
| Eviction (May Include Rent or Damages) | Eviction-Superior Court | CISFED |
| Other Landlord/Tenant (No Eviction) | Civil Superior Court | CISLT |
| **Debt/Contract** | | |
| Debt Collection | Civil Superior Court | CISDEB |
| Claim by Buyer Against Seller of Goods/Services | Civil Superior Court | CISCLAIM |
| Employment – Discrimination | Civil Superior Court | CISEMPD |
| Employment – Other Than Discrimination | Civil Superior Court | CISEMP |
| Other Contract | Civil Superior Court | CISOCT |
| **Real Property Actions** | | |
| Condemnation | Civil Superior Court | CISCNDM |
| Foreclosure | Civil Superior Court | CISFOR |
| Quiet Title | Civil Superior Court | CISQT |
| Real Property Tax Foreclosure | Superior Court Misc Petition | CISTAX |
| Other Real Estate Matter | Civil Superior Court | CISREM |
| **Foreign Judgment** | | |
| Registration of Foreign Judgment – SEE DOMESTIC RELATIONS FOR FOREIGN **SUPPORT/CUSTODY** ORDERS | Foreign Judgment Superior Ct | CISFOJ |

**CASE DESCRIPTION – SUPERIOR COURT**   Case Number:_____

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Tort** | | |
| ☐ Wrongful Death | Civil Superior Court | CISPID |
| ☐ Automobile Tort (But Not Wrongful Death) | Civil Superior Court | CISIDA |
| ☒ Claim Against Owner of Real Property for Personal Injury | Civil Superior Court | CISPIO |
| ☐ Product Liability | Civil Superior Court | CISPL |
| ☐ Intentional Tort (e.g., assault, battery, vandalism) | Civil Superior Court | CISIT |
| ☐ Slander/Libel/Defamation | Civil Superior Court | CISSLD |
| ☐ Other Tort | Civil Superior Court | CISIDO |
| ☐ Approval of Minor Settlement – Civil Petition<br>*May also be filed as probate case.* | Superior Court Misc Petition | CISPET |
| **Malpractice** | | |
| ☐ Legal Malpractice | Civil Superior Court | CISLMP |
| ☐ Medical Malpractice | Civil Superior Court | CISMMP |
| ☐ Other Malpractice | Civil Superior Court | CISOMP |
| **Other Civil** | | |
| ☐ Election Contest or Recount Appeal | Civil Superior Court | CISELE |
| ☐ Change of Name - Adult | Change of Name | CICON |
| ☐ Change of Name - Minor | Change of Name | CICONM |
| ☐ Confession of Judgment | Civil Superior Court | CISCCONF |
| ☐ Structured Settlement – AS 09.60.200 | Superior Court Misc Petition | CISSS |
| ☐ Administrative Agency Proceeding – Request for Court Assistance | Superior Court Misc Petition | CISWRNT |
| ☐ Arbitration - Action Under Uniform Arbitration Act | Civil Superior Court | CISAP |
| ☐ Fraud | Civil Superior Court | CISFRAUD |
| ☐ Unfair Trade Practice and Consumer Protection | Civil Superior Court<br>Clerk: Issue form CIV-128 | CISUTP |
| ☐ Writ of Habeas Corpus | Civil Superior Court | CIWHC |
| ☐ Fish & Game - Abatement & Forfeiture of Equipment | Superior Court Misc Petition | CISAF |
| ☐ Appointment of Trustee Counsel | Superior Court Misc Petition | CISTC |
| ☐ Action Under Alaska Securities Act | Civil Superior Court | CISASA |
| ☐ Other Superior Court Complaint | Civil Superior Court | CISOCI |
| ☐ Other Superior Court Petition | Superior Court Misc Petition | CISPET |
| **Post-Conviction Relief to Superior Court** | | |
| ☐ Post-Conviction Relief | Post-Conviction Relief-Sup Ct | CISPCR |
| **Appeal to Superior Court - From Administrative Agency** | | |
| ☐ Election Contest or Recount Appeal – SEE OTHER CIVIL | | |
| ☐ DMV Appeal | Appeal from Admin Agency | CIADDMV |
| ☐ Employment Security Appeal | Appeal from Admin Agency | CIADRESA |
| ☐ Administrative Agency Appeal - Other | Appeal from Admin Agency | CIADR |
| ☐ CSSD License Review Action | Petition for Review or Relief | CICSED |
| ☐ Petition for Review from Administrative Agency | Petition for Review or Relief | CIPRA |
| ☐ Petition for Relief from Administrative Agency – AS 44.62.305 | Petition for Review or Relief | CIPRLF |
| **Appeal to Superior Court - From District Court** | | |
| ☐ Civil Appeal | Appeal from District Court | CIACI2 |
| ☐ Criminal Appeal | Appeal from District Court | CIACRM |
| ☐ Minor Offense Appeal | Appeal from District Court | CIAMO |
| ☐ Small Claims Appeal | Appeal from District Court | CIASC |
| ☐ Petition for Review from Civil, Criminal, or Minor Offense Case | Petition for Review or Relief | CIPRD2 |
| ☐ Petition for Review from Small Claims | Petition for Review or Relief | CIPRSC |

CIV-125S (4/19)(cs)   Page 2 of 2
CASE DESCRIPTION FORM – SUPERIOR COURT

Case 4:19-cv-00017-JWS   Document 1-1   Filed 05/29/19   Page 9 of 9